**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 22 2010

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

**ROBERT PHILIP DEAN**                                                   **PETITIONER**

**VS.**                                        CASE NO: _4:10-CV-1835 DPM_

**JERRY HENDERSON**                                                   **RESPONDENT**
**Federal Security Director**
**Transportation Security Administration**
**Little Rock National Airport**

This case assigned to Dist.          Judge _Marshall_
and to Magistrate Judge _Volpe_

## VERIFIED PETITION FOR TEMPORARY INJUNCTION

Comes now Robert Philip Dean, pro se, and for his cause of action, petitions this Honorable Court to issue a Temporary Injunction and in support therefore states:

1.  This is an action for the equitable remedy of a temporary injunction.

2.  Petitioner resides within Pulaski County, Arkansas and within the jurisdiction of this Honorable Court.

3.  The harm to be enjoined is threatened to be imposed in Pulaski County, Arkansas within the jurisdiction of this Court.

4.  Respondent resides and/or conducts his official duties in Pulaski County, Arkansas, and is thus under the jurisdiction of this Court.

5.  This Honorable Court has jurisdiction.

## FACTUAL ALLEGATIONS

6.  Petitioner has personal knowledge that Respondent, and/or employees under his authority, have in place procedures to act in a manner detrimental to

Petitioner's emotional, psychological and mental well-being.

7. The planned act complained of is the use of full-body "pat-down" searches and the proposed use of back-scatter full-body imaging systems.

8. The threat is imminent because of current regulations and standard operating procedures employed by the Transportation Security Administration.

9. The procedures employed by the Respondent and/or employees under his supervision are a direct violation of the Fourth Amendment of the United States Constitution and a civil rights violation under 42 U.S.C. Sections 1983 and 1985.

10. There is no substantial public interest that will be contravened by this Court issuing an injunction favoring this particular petitioner.

11. There is a substantial likelihood that petitioner will prevail in this action, because the facts obtained on the record of discovery will reveal that both the Fourth and Ninth Circuit Courts of Appeal have ruled in favor of like petitions where violations of the Fourth Amendment has been drawn into question concerning "unreasonable search and seizure."

12. A temporary injunction is necessary to protect petitioner from the threatened harm.

WHEREFORE, petitioner Robert Philip Dean moves this Honorable Court to enter an Order enjoining respondent Jerry Henderson from conducting, implementing and enticing the use of screening methods in violation of the Fourth Amendment and the Civil Rights Act, and granting such other and further relief as the circumstances may warrant.

UNDER PENALTIES OF PERJURY I affirm that the facts alleged in the foregoing are

true and correct to the best of my own personal knowledge.

_____
Robert Philip Dean, Petitioner

*9601 RELDA DR.*
*LITTLE ROCK, AR 72205*

STATE OF ARKANSAS
COUNTY OF PULASKI

　　　　BEFORE ME personally appeared Robert Philip Dean who, being by me first

duly sworn, executed the foregoing in my presence and stated to me that the facts alleged

therein are true and correct according to his own personal knowledge, this

____22nd____ day of ____November____ , 20_10_

_____
Notary Public
My Commission Expires:

JACKIE CUNNINGHAM
NOTARY PUBLIC
#12376179
SALINE COUNTY, ARKANSAS
My Commission Exp: 04-14-2020