# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ROBERT PHILIP DEAN**                                                        **PLAINTIFF**

**v.**                                **Case No. 4:10-cv-1835-DPM**

**JERRY HENDERSON, Federal Security**
**Director, Transportation Security**
**Administration, Little Rock National Airport**                **DEFENDANT**

## ORDER

In its 7 December 2010 Order, *Document No. 6*, the Court gave Robert Dean until 17 December 2010 to pay his filing fee and file an amended pleading showing that he has Article III standing. The Court warned Dean that failure to do either of those things would result in dismissal of his petition for temporary injunctive relief. More than a month has passed with no action from Dean. His case is therefore dismissed without prejudice for lack of standing and failure to comply with Local Rule 5.5(c)(2).

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

_13 Jan. 2011_